IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DANNY HOPPER,<br><br>　　　　Plaintiff,<br><br>Vs.,<br><br>GC SERVICES LIMITED PARTNERSHIP<br><br>　　　　Defendant. | NO. 4:2012-cv-0007<br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

　　　Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Danny Hopper requests all claims raised or that could have been raised in this action are hereby dismissed with prejudice and each party will bear its own costs and attorney fees.


　　 /*s*/ L. Ashley Zubal_____
L. Ashley Zubal    AT0009559　　　　　　　　　　c/o Mr. Brad Batig
MARKS LAW FIRM, P.C.　　　　　　　　　　　　GC Services
4225 University Avenue　　　　　　　　　　　　6330 Gulfton
Des Moines, Iowa  50311　　　　　　　　　　　505 Fifth Avenue
(515) 276-7211　　　　　　　　　　　　　　　Houston, Texas 77081
Fax: (515) 276-6280
ATTORNEY FOR PLAINTIFF


**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 26 day of March, 2012, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.